FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2002 NOV 18 P 3: 07

TONYA J. COBBS-FOX                    :

         v.                                   :    CIVIL ACTION NO. L-02-3672

                                           BALTIMORE

WILLIAM H. REHNQUIST, et al.          :    DEPUT.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TONYA J. COBBS-FOX                    :

         v.                                   :    CIVIL ACTION NO. L-02-3673

GEORGE W. BUSH, et al.                :
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TONYA J. COBBS-FOX                    :
                                       :
         v.                                   :    CIVIL ACTION NO. L-02-3674
                                       :
U.S. POSTAL SERVICE, et al.           :
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TONYA J. COBBS-FOX                    :
                                       :
         v.                                   :    CIVIL ACTION NO. L-02-3675
                                       :
GEORGE W. BUSH, et al.                :
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TONYA J. COBBS-FOX                    :
                                       :
         v.                                   :    CIVIL ACTION NO. L-02-3676
                                       :
"CREATOR OF EVIL" SATAN               :              :
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM

On November 12, 2002 plaintiff, a Baltimore resident working for the United States Postal Service, filed five actions against a plethora of federal judicial, executive branch and political employees, the National Rifle Association ["NRA"], and Satan himself, alleging corruption, sabotage, voting fraud, war crimes, the taking of her monies, and conspiracy to "murder" postal workers and others through the shipping of firearms and biochemical weapons (including anthrax) both here and abroad. She seeks the criminal prosecution of these named defendants and "all of [S]atan's political criminals." Injunctive relief, including the closing of the Baltimore post office to eradicate it of anthrax, also is requested. Although she has not paid the requisite $150.00 filing fee or provided an indigency affidavit, plaintiff shall be granted leave to file *in forma pauperis*, pursuant to 28 U.S.C. Section 1915(a). The cases are consolidated here for the purpose of preliminary judicial review.

Discretion has been granted to federal district judges under § 1915 to screen out meritless cases filed by *pro se* plaintiffs. *Neitzke v. Williams*, 490 U.S. 319, 328 (1989); *Nasim v. Warden, Maryland House of Correction*, 64 F.3d 951, 953 (4th Cir. 1995). Under *Neitzke*, a complaint may be dismissed under §1915(e) if it lacks an arguable basis either in law or in fact. *Neitzke*, 490 U.S. at 325. Plainly, plaintiff's consolidated complaints satisfy the standard for § 1915(e) dismissal.

A separate Order shall be entered reflecting the opinion set forth herein.

11\18\02
(Date)

B. Legg
Benson Everett Legg
United States District Judge