IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TONYA J. COBBS-FOX                     :
                                       :
v.                                     : CIVIL ACTION NO. L-02-3672
                                       :
WILLIAM H. REHNQUIST, et al.           :
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TONYA J. COBBS-FOX                     :
                                       :
v.                                     : CIVIL ACTION NO. L-02-3673
                                       :
GEORGE W. BUSH, et al.                 :
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TONYA J. COBBS-FOX                     :
                                       :
v.                                     : CIVIL ACTION NO. L-02-3674
                                       :
U.S. POSTAL SERVICE, et al.            :
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TONYA J. COBBS-FOX                     :
                                       :
v.                                     : CIVIL ACTION NO. L-02-3675
                                       :
GEORGE W. BUSH, et al.                 :
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TONYA J. COBBS-FOX                     :
                                       :
v.                                     : CIVIL ACTION NO. L-02-3676
                                       :
"CREATOR OF EVIL" SATAN                :        :
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 NOV 18  P 3: 07

AT BALTIMORE

_____DEPUTY

## ORDER

In accordance with the foregoing Memorandum, **IT IS** this 18TH day of November, 2002 by this Court hereby **ORDERED**:

1. That the above-captioned cases **ARE CONSOLIDATED** for the purpose of preliminary judicial review;

2. That plaintiff **IS GRANTED** leave to file *in forma pauperis*, without prepayment of filing fees or costs;

3. That plaintiff's claims **ARE DISMISSED as FRIVOLOUS**, pursuant to 28 U.S.C. § 1915(e), without requiring service of process on defendants;

4. That the Clerk of Court **CLOSE** this case; and

5. That the Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to **plaintiff**.

                                                          _____
                                                          Benson Everett Legg
                                                          United States District Court